UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHRISTOLA WALTON, as Executrix On Behalf of the ESTATE OF DECEDENT, CHRISTINE BRITTON, AND GREGORY J. WALTON and THERESSIA W. GARNER as Heirs of the ESTATE | * CIVIL ACTION NO.<br>* 5:10-cv-01830 |
| Plaintiffs, | |
| VERSUS | * JUDGE MAURICE HICKS |
| NEXION HEALTH AT MINDEN, INC. d/b/a MEADOWVIEW HEALTH AND REHABILITATION CENTER | * MAGISTRATE JUDGE MARK<br>* HORNSBY |
| Defendant. | * JURY DEMAND |

**************************************

## ORDER

Considering the Foregoing Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the all claims filed by Plaintiffs, Christola Walton, as Executrix on Behalf of the Estate of Christine Britton, and Gregory J. Walton and Theressia W. Garner as Heirs of the estate against Defendant, Nexion Health at Minden, Inc., d/b/a Meadowview Health and Rehabilitation Center, are hereby dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

SO ORDERED, in Shreveport, Louisiana, this 13th day of June, 2012.

_____
THE HONORABLE MAURICE HICKS

1003664.1